# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,

Case No.: 3:18CR00025-003    Date: November 1, 2018

| **Defendants:** | **Counsel:** |
|---|---|
| Thomas Walter Gillen ( Custody ) | David Eustis ( CJA ) |

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ
- Deputy Clerk: Heidi N. Wheeler
- Court Reporter: H. Wheeler/FTR
- U. S. Attorney: Chris Kavanaugh/Thomas Cullen
- USPO: Tammy Wellborn
- Case Agent: Dino Cappuzzo
- Interpreter:

TIME IN COURT: 2:33-2:40=7 min

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings in District of arrest.
☒ Defendant requests appointment of counsel. CJA 23 completed in district of arrest. Court will appoint counsel. David Eustis appointed.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial to be set once all defendants have arrived in this district.
☒ Defendant(s) remanded to custody.

Additional Information: