AO 442 (Rev. 11/11) Arrest Warrant

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

United States of America
v.

Thomas Walter Gillen

*Defendant*

Case No. 3:18mj00027

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Walter Gillen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code § 2101 (Riots) and

Title 18 United States Code § 371 (Conspiracy to Riot)

Date: 8/27/18

City and state: Charlottesville, Virginia

*Issuing officer's signature*

Honorable Joel C. Hoppe, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/27/18, and the person was arrested on *(date)* 10/2/18
at *(city and state)* Redondo Beach, CA.

Date: 11/5/18

*Arresting officer's signature*

Michael Allen CIDUSM
*Printed name and title*