(Rev. 11/9/00)

FILED IN OPEN COURT
DATE: 4/29/19
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.       Criminal Action No. 3:18CR00025-003

Thomas Walter Gillen

    In the presence of David Eustis, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and count(s) one thereof, reserving in writing the right to appeal an adverse determination of a specified pretrial motion. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

4/29/19
Date

_____
Witness