AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Virginia

USA

V.

Daley, Miselis, Gillen

## EXHIBIT AND WITNESS LIST

Case Number: 3:18CR25

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Norman K. Moon | Kavanaugh, Cullen, | Lorish/Heblich/Cox/Eustis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/19/2019 | Sonia Ferris | H. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 7/19/2019 | X | X | Photo Rise Above Twitter Page | Cappuzzo |
| 2 | | 7/19/2019 | X | X | Photo Rise Above Twitter Page | Cappuzzo |
| 4A | | 7/19/2019 | X | X | Excerpts of text messages from Miselis phone | Cappuzzo |
| 5 | | 7/19/2019 | X | X | Photo from Huntington Beach Rally | Cappuzzo |
| 6 | | 7/19/2019 | X | X | Photo of Benjamin Daley | Cappuzzo |
| 7 | | 7/19/2019 | X | X | Photo from Rise Above Twitter Page | Cappuzzo |
| 8 | | 7/19/2019 | X | X | Rental agreement for Van Rental LA Airport -Daley | Cappuzzo |
| 9 | | 7/19/2019 | X | X | Financial records Daley | Cappuzzo |
| 10 | | 7/19/2019 | X | X | Photo of Defendants in Van | Cappuzzo |
| 11 | | 7/19/2019 | X | X | Photo of Defendants at MLK Park Berkeley | Cappuzzo |
| 12 | | 7/19/2019 | X | X | Photo of Rally at MLK Park | Cappuzzo |
| 13 | | 7/19/2019 | X | X | Photo at Berkeley Rally | Cappuxxo |
| 15 | | 7/19/2019 | X | X | Photo at Berkeley Rally - Daley | Cappuzzo |
| 16 | | 7/19/2019 | X | X | Video Berkeley Riots | Cappuzzo |
| 17 | | 7/19/2019 | X | X | Photo of Daley | Cappuzzo |
| 18 | | 7/19/2019 | X | X | Photo of Gillen assaulting individual | Cappuzzo |
| 19 | | 7/19/2019 | X | X | Chats between Gillen and another individual | Cappuzzo |
| 4B | | 7/19/2019 | X | X | Text message from Miselis to another individual | Cappuzzo |
| 20 | | 7/19/2019 | X | X | Video Berkeley Riots | Cappuzzo |
| 21 | | 7/19/2019 | X | X | Photo of street | Cappuzzo |
| 22 | | 7/19/2019 | X | X | Photo of Daley in street | Cappuzzo |
| 23 | | 7/19/2019 | X | X | Photo of Daley in street kicking | Cappuzzo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

Case 3:18-cr-00025-NKM-JCH   Document 156   Filed 07/24/19   Page 1 of 4   Pageid#: 1029

| USA | | vs. | DALEY ET AL | | CASE NO. 3:18CR25 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 4C | | 7/19/2019 | X | X | Excerpt of text messages of Miselis | Cappuzzo |
| 72 | | 7/19/2019 | X | X | Photo of xray of Miselis' hand | Cappuzo |
| 4D | | 7/19/2019 | X | X | Excerpt of text message between Daley and Miselis | Cappuzzo |
| 24 | | 7/19/2019 | X | X | Photo of book burning, Daley and Gillen | Cappuzzo |
| 25 | | 7/19/2019 | X | X | Photo of Daley at book burning | Cappuzzo |
| 26 | | 7/19/2019 | X | X | Photo of Miselis, Daley and Gillen at book burning | Cappuzzo |
| 27 | | 7/19/2019 | X | X | Photo of fire pit at book burning | Cappuzzo |
| 28 | | 7/19/2019 | X | X | Photo of books at book burning | Cappuzzo |
| 4E | | 7/19/2019 | X | X | Excerpt of text messages Miselis and another individual | Cappuzzo |
| 4F | | 7/19/2019 | X | X | Excerpt of text between Daley and Miselis | Cappuzzo |
| 29 | | 7/19/2019 | X | X | Flight records for Ben Daley 8/11 | Cappuzzo |
| 30 | | 7/19/2019 | X | X | Flight records for Miselis | Cappuzzo |
| 31 | | 7/19/2019 | X | X | Flight records for Gillen | Cappuzzo |
| 32 | | 7/19/2019 | X | X | Flight records for White | Cappuzzo |
| 33 | | 7/19/2019 | X | X | Walmart receipt Daley | Cappuzzo |
| 4G | | 7/19/2019 | X | X | Excerpt of text messages Miselis and Daley | Cappuzzo |
| 34 | | 7/19/2019 | X | X | Walmart receipt Miselis | Cappuzzo |
| 35 | | 7/19/2019 | X | X | Photo of torch march at UVA | Cappuzzo |
| 36 | | 7/19/2019 | X | X | Photo -close up of 35 | Cappuzzo |
| 37 | | 7/19/2019 | X | X | Photo of torch rally base of statue | Cappuzzo |
| 38 | | 7/19/2019 | X | X | Video at torch rally | Cappuzzo |
| 39 | | 7/19/2019 | X | X | Photo from overhead of rally White, Gillen, Daley | Cappuzzo |
| 40 | | 7/19/2019 | X | X | Video at torch rally | Cappuzzo |
| 41 | | 7/19/2019 | X | X | Video from go-pro Miselis | Cappuzzo |
| 42 | | 7/19/2019 | X | X | Photo Gillen, Daley, Miselis 2nd Street | Cappuzzo |
| 43 | | 7/19/2019 | X | X | Video from 2nd Street | Cappuzzo |
| 44 | | 7/19/2019 | X | X | Photo of individuals in crowd | Cappuzzo |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | VS. | DALEY ET AL | | CASE NO. 3:18CR25 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 45 | | 7/19/2019 | X | X | Photo of Daley hitting someone | Cappuzzo |
| 49 | | 7/19/2019 | X | X | Photo of Daley | Cappuzzo |
| 50 | | 7/19/2019 | X | X | Photo of Miselis in red hat | Cappuzzo |
| 51 | | 7/19/2019 | X | X | Photo of Miselis kicking someone on ground | Cappuzzo |
| 52 | | 7/19/2019 | X | X | Photo of Miselis kicking | Cappuzzo |
| 53 | | 7/19/2019 | X | X | Photo of White head-butting with Daley | Cappuzzo |
| 54 | | 7/19/2019 | X | X | Photo of individual | Cappuzzo |
| 55 | | 7/19/2019 | X | X | Photo of Daley choking individual | Cappuzzo |
| 56 | | 7/19/2019 | X | X | Photo of Daley choking female | Cappuzzo |
| 57 | | 7/19/2019 | X | X | Photo of woman on ground | Cappuzzo |
| 58 | | 7/19/2019 | X | X | Video from National Geographic | Cappuzzo |
| 59 | | 7/19/2019 | X | X | Photo showing Miselis hitting woman | Cappuzzo |
| 60 | | 7/19/2019 | X | X | Video showing aftermath of 2nd street altercation | Cappuzzo |
| 61 | | 7/19/2019 | X | X | Excerpt of text by Gillen 8/12/2017 | Cappuzzo |
| 67 | | 7/19/2019 | X | X | Photo of Miselis | Cappuzzo |
| 62 | | 7/19/2019 | X | X | Video from Miselis go-pro 8/12/17 | Cappuzzo |
| 63 | | 7/19/2019 | X | X | Video from Miselis go-pro 8/12/17 | Cappuzzo |
| 68 | | 7/19/2019 | X | X | Photo of Daley | Cappuzzo |
| 69 | | 7/19/2019 | X | X | Photo of Daley making throat slashing motion | Cappuzzo |
| 64 | | 7/19/2019 | X | X | Video Miselis hitting | Cappuzzo |
| 65 | | 7/19/2019 | X | X | Photo of Miselis hitting | Cappuzzo |
| 66 | | 7/19/2019 | X | X | Photo of Miselis hitting individual | Cappuzzo |
| 4J | | 7/19/2019 | X | X | Excerpt of text messages Daley and Miselis | Cappuzzo |
| 91 | | 7/19/2019 | X | X | Photo of defendants in Park | Cappuzzo |
| 52 | | 7/19/2019 | X | X | Photo Miselis kicking victim | Cappuzzo |
| 56 | | 7/19/2019 | X | X | Photo of Daley choking victim | Cappuzzo |
| 4i | | 7/19/2019 | X | X | Excerpt of text between Daley and Miselis 8/16/17 | Cappuzzo |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | DALEY ET AL | CASE NO. 3:18CR25 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 70 | | 7/19/2019 | X | X | Excerpt of Testimony | Cappuzzo |
| 71 | | 7/19/2019 | X | X | Photo of Daley at bar | Cappuzzo |
| 93 | | 7/19/2019 | X | X | Statement of Offense Thomas Gillen | Cappuzzo |
| 94 | | 7/19/2019 | X | X | Statement of Offense Michael Miselis | Cappuzzo |
| 95 | | 7/19/2019 | X | X | Statement of Offense Benjamin Daley | Cappuzzo |
| 73 | | 7/19/2019 | X | X | Photo from Miselis' phone | Meyer |
| 85 | | 7/19/2019 | X | X | Photo of Gillen from Miselis's phone | Meyer |
| 86 | | 7/19/2019 | X | X | Photo Gillen shooting rifle from Miselis's phone | Meyer |
| 47 | | 7/19/2019 | X | X | Series of images 8/12 riot from Ben Daley's Iphone | Meyer |
| 48 | | 7/19/2019 | X | X | Daley assaulting victim from Daley's phone | Meyer |
| 75 | | 7/19/2019 | X | X | Photo of banner from Daley's phone | Meyer |
| 76 | | 7/19/2019 | X | X | Photo of banner from Daley's phone | Meyer |
| 77 | | 7/19/2019 | X | X | Photo of victim from Daley's phone | Meyer |
| 79 | | 7/19/2019 | X | X | Excerpt of text message Daley and family member | Meyer |
| 80 | | 7/19/2019 | X | X | Text message from Daley's laptop | Meyer |
| 81 | | 7/19/2019 | X | X | Photo of sign from Gillen phone | Meyer |
| 82 | | 7/19/2019 | X | X | Photo of Gillen with sign from Gillen phone | Meyer |
| 83 | | 7/19/2019 | X | X | Photo of Gillen KKK from Gillen phone | Meyer |
| 84 | | 7/19/2019 | X | X | Photo of Gillen holding assault rifle from Gillen phone | Meyer |
| 87 | | 7/19/2019 | X | X | Video clip of defendants firing assault rifles | Meyer |
| 89 | | 7/19/2019 | X | X | Video of defendants firing assault rifles | Meyer |
| 90 | | 7/19/2019 | X | X | Video of defendants firing assault rifles out of vehicles | Meyer |
| | 1 | 7/19/2019 | X | X | Video from National Geographic | |

Page 4 of 4 Pages