

**R.A.M.** @RiseAboveMvmt · Mar 8
#nationalist #ultraright







**R.A.M.** @RiseAboveMvmt · Feb 5

When the squads not out smashing commies .... #nationalist #lifestyle





Government
Exhibit
02



Government
Exhibit

03

**Exhbit 4A**

| 48 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Was great meeting you today plz send any good photos or footage you got | 2017-03-25T20:22:38-07:00 |
|----|-------------|----------|------|------------|-------|---------------------------------------------------------------------------|---------------------------|
| 49 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Also hit us up if you want train on weekends | 2017-03-25T20:22:52-07:00 |
| 50 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Front page of the stormer we did It fam | 2017-03-25T21:32:45-07:00 |
| 51 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Celebrity status man, well done. Great meeting you guys. Definitely interested in training, some other guys on our end would like to as well. Send us the details whenever you're up for it. | 2017-03-25T21:38:03-07:00 |


Government Exhibit 4A

**Exhibit 4B**

| 789 | Rhys Big | Incoming | Read | 7609926749 | Inbox | So great to see you in the video just before Damigo wrecks that thot. | 2017-04-16T21:24:09-07:00 |
| 790 | Rhys Big | Outgoing | Sent | 7609926749 | Sent | Hell yeah man. I was about to jump into that but our guys were just wrecking them, like not even any room to get a hit in. I was like alrite, u guys got it handled then lol | 2017-04-16T22:05:01-07:00 |


Government Exhibit 4B

**Exhibit 4C**

| 811 | Rhys Big | Outgoing | Sent | 7609926749 | Sent | Nah man, I've been dealing with my hand all day. Just found a video on that site where you can see me breaking it on a guys head lol. I'll check with Rob and see where he's at though, and if he's found what he needs yet | 2017-04-16T23:02:12-07:00 |
|-----|----------|----------|------|------------|-------|---|---|
| 812 | Rhys Big | Incoming | Read | 7609926749 | Inbox | I've been looking at videos. There's a grey-shirted storm trooper at the fucking front every, single, time. You guys were lions. | 2017-04-16T23:03:52-07:00 |
| 813 | Rhys Big | Outgoing | Sent | 7609926749 | Sent | Total aryan victory ◆◆◆◆ | 2017-04-16T23:07:00-07:00 |



Government Exhibit 4C

**Exhibit 4D**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2913 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | You gonna go to the book burning | 2017-07-03T13:21:43-07:00 |
| 2914 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Yeah, you? | 2017-07-03T13:22:13-07:00 |
| 2915 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Yes sir | 2017-07-03T13:22:33-07:00 |



Government Exhibit 4D

**Exhibit 4E**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2986 | Eric Big | Incoming | Read | 3102211528 | Inbox | Yeah what happened | 2017-07-09T21:36:18-07:00 |
| 2987 | Eric Big | Outgoing | Sent | 3102211528 | Sent | We crashed a (((white privilege))) seminar in Santa Monica, triggered the fuck out of all the Jews and blacks there. Check red elephants for the footage | 2017-07-09T21:40:12-07:00 |
| 2988 | Eric Big | Incoming | Read | 3102211528 | Inbox | That's awesome I will | 2017-07-09T21:40:44-07:00 |
| 2989 | Eric Big | Incoming | Read | 3102211528 | Inbox | Who all went? | 2017-07-09T21:41:52-07:00 |
| 2997 | Eric Big | Outgoing | Sent | 3102211528 | Sent | It was just Ben, Tom, and me | 2017-07-09T21:48:46-07:00 |



**Exhibit 4F**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3442 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Rick flair will be staying with us | 2017-08-09T11:30:33-07:00 |
| 3443 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Nice, don't know that I got to talk to him at Berkeley | 2017-08-09T11:39:06-07:00 |
| 3444 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Excellent fighter. Stoked to have him with us | 2017-08-09T11:58:45-07:00 |



**Exhibit 4G**

| 3476 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Hey I remember u said get 10 torches, let me know how many helmets again before u leave | 2017-08-10T22:47:51-07:00 |
| 3477 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Will get you a number in the am | 2017-08-10T22:59:03-07:00 |
| 3478 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Get one for our our goys in ram and 1 for Rick flair. Ask the BeachGoys about if they want them | 2017-08-11T05:52:23-07:00 |
| 3479 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Me and Tim are on the flight. Make sure to not use your card. Hit the ATM and use cash | 2017-08-11T05:52:53-07:00 |

Government Exhibit 4G

**Exhibit 4H**

| 3565 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Jews trying to make trump do another statement about this weekend an official condemn us | 2017-08-14T08:07:23-07:00 |
|------|--------------|----------|------|------------|-------|------|------|
| 3566 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | And so it begins | 2017-08-14T08:48:26-07:00 |

Government Exhibit 4H

**Exhibit 4I**

| 3580 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | My bad bruh is that when you hurt yer toe? | 2017-08-16T02:50:39-07:00 |
|------|--------------|----------|------|------------|-------|------------------------------------------|---------------------------|
| 3581 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Yeah I think so, didn't even see my foot on the left side of that pic at first. And lol @ u choking a bitch in the 2nd one ◆◆◆◆ Where'd you find these? Hopefully no one else comes across em | 2017-08-16T06:38:55-07:00 |
| 3582 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Some lame little article | 2017-08-16T10:08:41-07:00 |
| 3583 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Fuck these hoes white shariah now | 2017-08-16T10:09:37-07:00 |
| 3584 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | 24/7 thot patrol | 2017-08-16T10:09:52-07:00 |



**Exhibit 4J**

| 3628 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Great work should've stayed at the shield wall The whole time | 2017-08-20T13:48:13-07:00 |
|------|--------------|----------|------|------------|-------|----------------------------------------------------------------|----------------------------|
| 3629 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Looked fun | 2017-08-20T13:48:17-07:00 |
| 3630 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | You should've ran in chest kicked that faggot down the stairs | 2017-08-20T13:48:48-07:00 |
| 3631 | Ben Torrance | Outgoing | Sent | 3104155596 | Sent | Yeah, massive regret after watching that footage. Now I know how you felt after Berkeley. Next time he's going flying. | 2017-08-20T13:50:10-07:00 |
| 3632 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | Yeah still did great and put him in check | 2017-08-20T13:50:41-07:00 |
| 3633 | Ben Torrance | Incoming | Read | 3104155596 | Inbox | But it would have been glorious | 2017-08-20T13:50:50-07:00 |



Government
Exhibit
4J



GOVERNMENT
EXHIBIT
5



**R.A.M.** @RiseAboveMvmt · Feb 15

Shortly after this pic antifa was btfo in Huntington Beach #defened #America #nationalist #altright





Government Exhibit
08

**Summary** | Drivers | Vehicles | Charges/Payments | Replacement | Extensions

Res #: LAX-107423   RA #: LAX-80502   Ref #: [          ]   RA Status: Closed   Rental Reason: [          ▼]

**Pickup Information**

Loc. Out: LAX ▼   Date Out: 04/14/2017 📅 11.07   Num. Days: 2

Loc. Due: LAX ▼ 🔍   Date Due: 04/16/2017 📅 11.07

Loc. In: LAX ▼   Date In: 04/16/2017 📅 11.07

**Renter Information**

Phone: (310) 415-5596 🔍
System ID: [          ] 🔍
Last Name: EASON
First Name: AARON

**Vehicle Information**

Product: VEHICLES ▼   Class: FVAR ▼   Fuel Level: 🔲
Unit #: P15CH14064 🔍   Rented As: FXAR ▼   8 / 8ths
Odometer: 78,497   Prepaid Fuel: None ▼
Reserved: FXAR

Source: JeffRez 🔍
Referral: [          ]
Agent: [          ]

**Corporate ID:**

Company: [          ] 🔍   Rate Plan: [          ]   ☐ Rollover   ☑ Taxable
Rate Code: FXARLOC 🔍 ⚙   Upgrade: 0.00   PO#: [          ] 🔍
Rate Detail: FXARLOC (FXAR LOCAL RT): 70.00/day  720.00/week
Unlimited miles

| Charge Summary | | |
|---|---|---|
| Description | Rate | Amount |
| FXARLOC: Weekly | 720.00 | |
| FXARLOC: Daily | 70.00 | 140.00 |
| FXARLOC: Monthly | 2,500.00 | |
| FXARLOC: Hourly | 40.00 | |
| FXARLOC: Additional | 240.00 | |
| TOTAL T&M | | 140.00 |
| SALE PERC | 8.75 | 12.25 |
| CDW | 26.95 | 53.90 |
| SLP | 12.95 | 25.90 |
| RLP | 16.95 | 33.90 |
| ROAD SIDE ASSIST. | 6.99 | 13.98 |
| CA Tourism Fee | 3.50 | 4.90 |
| Transport Fee | 4.00 | 4.00 |

CDW: CDW ▼   PAC: [     ▼]   PEC: [     ▼]   SLI: SLP ▼

**Deposit Information**

Type: VI ▼   CC #: 42XXXXXXXXX0807   Exp.: 02/28/2021 📅
Amount: 0.00   ☐ Paid   CVV: [     ]   Auth: [          ]

Rented By: 0163   Added By: 0163   Changed By: 0335   Posted: 04/17/2017

< Back

# Wells Fargo Business Choice Checking

Account number: **2674297805** ▪ April 1, 2017 - April 30, 2017 ▪ Page 1 of 7



WELLS FARGO

BEN DALEY
DBA BEN DALEY TREE SERVICE
PO BOX 636
MANHATTAN BEACH CA 90267-0636

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,017.03 |
| Deposits/Credits | 1,925.00 |
| Withdrawals/Debits | - 2,842.07 |
| **Ending balance on 4/30** | **$99.96** |
| Average ledger balance this period | $602.96 |

Account number: **2674297805**

**BEN DALEY**
**DBA BEN DALEY TREE SERVICE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114) Ins =2
Sheet Seq = 0232845
Sheet 00001 of 00004



Government Exhibit
09

Account number: **2674297805** ∎ April 1, 2017 - April 30, 2017 ∎ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 4/3 | | Purchase authorized on 04/01 Chevron 0090234 Torrance CA S387091490260796 Card 0807 | | 50.00 | |
| 4/3 | | Purchase authorized on 04/01 Panera Bread #4140 San Clemente CA S307091619832874 Card 0807 | | 7.27 | |
| 4/3 | | Purchase authorized on 04/02 Wal-Mart Super Center Torrance CA P00000000354145030 Card 0807 | | 72.38 | |
| 4/3 | | Purchase authorized on 04/02 Wal-Mart Wal-Mart Sto Torrance CA P00000000062365155 Card 0807 | | 23.90 | |
| 4/3 | | Purchase authorized on 04/02 76 - Manchester 76 Ingelwood CA S387092678070235 Card 0807 | | 62.44 | |
| 4/3 | | Purchase authorized on 04/02 The Home Depot #0618 Torrance CA P00467093055883153 Card 0807 | | 20.65 | |
| 4/3 | | Purchase authorized on 04/03 Chevron/America Torrance CA P00000000954992337 Card 0807 | | 9.38 | 771.03 |
| 4/4 | | Purchase authorized on 04/02 The Standing Room Redondo Beach CA S307092853481780 Card 0807 | | 10.90 | |
| 4/4 | | Purchase authorized on 04/03 Chevron 0093280 Torrance CA S307093611999552 Card 0807 | | 2.77 | 757.36 |
| 4/5 | | Purchase authorized on 04/03 Starbucks Store 06 Torrance CA S587093534016985 Card 0807 | | 9.40 | |
| 4/5 | | Purchase authorized on 04/04 IN N Out Burger 27 Torrance CA S307094190072075 Card 0807 | | 6.58 | 741.38 |
| 4/6 | | Purchase authorized on 04/05 Panera Bread #4866 Redondo Beach CA S387095497587698 Card 0807 | | 11.60 | |
| 4/6 | | Purchase authorized on 04/05 Fedexoffice 0001 Torrance CA S587095573649608 Card 0807 | | 1.05 | 728.73 |
| 4/7 | | Purchase authorized on 04/05 Casa Playa Redondo Beach CA S387095617310592 Card 0807 | | 9.34 | |
| 4/7 | | Purchase authorized on 04/07 Chevron 0090620 Torrance CA S307097064864837 Card 0807 | | 31.42 | 687.97 |
| 4/10 | | Purchase authorized on 04/07 Woods Ace Hdwe Torrance CA S587097811014055 Card 0807 | | 18.05 | |
| 4/10 | | Purchase authorized on 04/08 The Home Depot #0620 Hawthorne CA P00587099050357706 Card 0807 | | 27.15 | |
| 4/10 | | Purchase authorized on 04/08 Wal-Mart Wal-Mart Sto Torrance CA P00000000672219561 Card 0807 | | 72.62 | |
| 4/10 | | Purchase authorized on 04/10 The Home Depot #0618 Torrance CA P00307100859900622 Card 0807 | | 36.89 | 533.26 |
| 4/11 | | eDeposit IN Branch/Store 04/11/17 09:09:09 Am 1501 Pacific Coast Hwy Hermosa Beach CA 0807 | 1,100.00 | | |
| 4/11 | | Purchase authorized on 04/10 Panera Bread #4866 Redondo Beach CA S467100490952425 Card 0807 | | 11.60 | |
| 4/11 | | Purchase authorized on 04/10 Arco #42374 Ampm Harbor City CA P00000000439150272 Card 0807 | | 10.86 | |
| 4/11 | | Purchase authorized on 04/11 Safeway Store 2273 Redondo Beach CA P00000000732918876 Card 0807 | | 10.67 | 1,600.13 |
| 4/12 | | Purchase authorized on 04/10 Jersey Mikes Subs Torrance CA S467100862827288 Card 0807 | | 8.90 | |
| 4/12 | | Purchase authorized on 04/11 Brother's Burritos Hermosa Beach CA S387101518126198 Card 0807 | | 9.99 | |
| 4/12 | | Purchase authorized on 04/12 Ewing Irrigation Prd 2 Torrance CA P00467102555127155 Card 0807 | | 33.45 | |
| 4/12 | | Purchase authorized on 04/12 Smartnfinal938 Redondo CA P00000000443296736 Card 0807 | | 11.95 | |
| 4/12 | | Purchase authorized on 04/12 Shell Service Station Redondo Beach CA P00587102857387992 Card 0807 | | 75.00 | 1,460.84 |
| 4/13 | | Purchase authorized on 04/11 24 Hour Fitness Hermosa Beach CA S387101578331464 Card 0807 | | 5.75 | |
| 4/13 | | Purchase authorized on 04/12 Starbucks Store 06 Torrance CA S387102014658375 Card 0807 | | 7.50 | |

Account number: 2674297805 ■ April 1, 2017 - April 30, 2017 ■ Page 3 of 7



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|---------------|
| 4/13 | | Purchase authorized on 04/12 Silvios Brazilian Hermosa Beach CA S587102104635514 Card 0807 | | 33.21 | |
| 4/13 | | Purchase authorized on 04/12 Ross Stores #14 Torrance CA P00000000985737742 Card 0807 | | 68.45 | |
| 4/13 | | Purchase authorized on 04/12 Michaels Stores Inc300 Torrance CA P00000000189250170 Card 0807 | | 36.20 | |
| 4/13 | | Purchase authorized on 04/12 The Home Depot #0611 Gardena CA P00467103105605706 Card 0807 | | 23.47 | |
| 4/13 | | Purchase authorized on 04/12 Walgreens Store 24930 Harbor City CA P00387103157280488 Card 0807 | | 19.58 | |
| 4/13 | | Purchase authorized on 04/13 Office Depot 00 19100 Torrance CA P00307103673248846 Card 0807 | | 24.00 | 1,242.70 |
| 4/14 | | Purchase authorized on 04/12 Jersey Mike's Subs Redondo Beach CA S387103025085492 Card 0807 | | 13.57 | |
| 4/14 | | Purchase authorized on 04/13 Wal-Mart Store Torrance CA P00000000740185511 Card 0807 | | 17.64 | |
| 4/14 | | Purchase authorized on 04/13 Chevron/Royce Oil, Inc Harbor City CA P00467104104827180 Card 0807 | | 2.69 | 1,208.80 |
| 4/17 | | Purchase authorized on 04/14 The Local Place Ba Torrance CA S387104560273569 Card 0807 | | 13.05 | |
| 4/17 | | Recurring Transfer to Ben Daley Business Market Rate Savings Ref #Op03C3Hx5R xxxxxx5583 | | 150.00 | |
| 4/17 | | Purchase authorized on 04/15 Trader Joe's #186 Berkeley CA P00307106081982919 Card 0807 | | 6.40 | |
| 4/17 | | Purchase authorized on 04/15 Chevron/Csi-096956/220 San Ramon CA P00387106166653681 Card 0807 | | 3.24 | |
| 4/17 | | Purchase authorized on 04/16 Pilot 0000 Lost Hills CA S467106278863486 Card 0807 | | 8.69 | |
| 4/17 | | Purchase authorized on 04/16 Shell Service Station Los Angeles CA P00387106378630943 Card 0807 | | 75.00 | |
| 4/17 | | Purchase authorized on 04/16 Cvs/Pharm 10022--1303 Los Angeles CA P00000000452704892 Card 0807 | | 14.38 | 937.84 |
| 4/18 | | ATM Transfer authorized on 04/18 From Ben Daley Mkrate 506 W Torrance Blvd Carson CA 0006074 ATM ID 9926B Card 0807 | 150.00 | | |
| 4/18 | | Purchase authorized on 04/17 Airport Van Rental Los Angeles CA S587104659996337 Card 0807 | | 493.87 | |
| 4/18 | | Purchase authorized on 04/17 Chevron 0090826 Torrance CA S587107566805380 Card 0807 | | 6.80 | |
| 4/18 | | ATM Withdrawal authorized on 04/18 506 W Torrance Blvd Carson CA 0006075 ATM ID 9926B Card 0807 | | 200.00 | |
| 4/18 | | Purchase authorized on 04/18 Kwik Serv Lomit Lomita CA P00000000034904981 Card 0807 | | 24.14 | 363.03 |
| 4/19 | | Purchase Return authorized on 04/17 Airport Van Rental Los Angeles CA S617109545164517 Card 0807 | 200.00 | | |
| 4/19 | | Purchase authorized on 04/17 Starbucks Store 05 Torrance CA S387107504865526 Card 0807 | | 8.85 | |
| 4/19 | | Purchase authorized on 04/17 L&L Hawaiian Barbe Redondo Beach CA S587107705778915 Card 0807 | | 27.09 | |
| 4/19 | | Purchase authorized on 04/18 Infinity Insurance 800-7821020 TX S587108185466131 Card 0807 | | 204.84 | |
| 4/19 | | Purchase authorized on 04/19 Smartnfinal938 Redondo CA P00000000749334751 Card 0807 | | 11.28 | 311.17 |
| 4/20 | | Purchase authorized on 04/18 Starbucks Store 06 Carson CA S587108498833316 Card 0807 | | 5.90 | |
| 4/20 | | Purchase authorized on 04/18 Village Pizza Redondo Beach CA S307108692017492 Card 0807 | | 26.67 | |
| 4/20 | | Purchase authorized on 04/20 Riviera Barbershop Redondo Beach CA S307109786787312 Card 0807 | | 41.00 | |
| 4/20 | | Purchase authorized on 04/19 Callphone Wireless Torrance CA S387109808958288 Card 0807 | | 37.00 | 200.60 |
| 4/21 | | ATM Cash Deposit on 04/21 4340 Artesia Blvd Torrance CA 0000538 ATM ID 0708A Card 0807 | 100.00 | | |

Account number: **2674297805** ■ April 1, 2017 - April 30, 2017 ■ Page 4 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 4/21 | | Purchase authorized on 04/19 Wendy's #121 Lawndale CA S587109725653014 Card 0807 | | 8.58 | |
| 4/21 | | Purchase authorized on 04/20 Starbucks Store 05 Hermosa Beach CA S387110070226009 Card 0807 | | 8.25 | |
| 4/21 | | Purchase authorized on 04/20 Shell Service Station Redondo Beach CA P00567111117452188 Card 0807 | | 63.65 | |
| 4/21 | | Purchase authorized on 04/21 Chevron/Hillsid Torrance CA P00000000174865409 Card 0807 | | 9.23 | |
| 4/21 | | Transfer to Daley Joan on 04/21 Ref #Ppe5Vb9T5N Love Ya. | | 100.00 | 110.89 |
| 4/24 | | Purchase authorized on 04/21 Coffee Bean Store Torrance CA S467111555567187 Card 0807 | | 7.18 | |
| 4/24 | | Purchase authorized on 04/22 Chevron 0093777 Redondo Beach CA S307112575332662 Card 0807 | | 4.17 | |
| 4/24 | | Purchase authorized on 04/22 United Oil #179 Carson CA P00307112723775209 Card 0807 | | 50.03 | |
| 4/24 | | Purchase authorized on 04/23 The Whet Noodle Oceanside CA S587113012906586 Card 0807 | | 17.28 | |
| 4/24 | | Purchase authorized on 04/23 Shell Service Station Torrance CA P00467113597525715 Card 0807 | | 19.52 | |
| 4/24 | | Purchase authorized on 04/23 Big 5 Sporting Goods 4 Santa Clarita CA P00000000339119009 Card 0807 | | 34.77 | |
| 4/24 | | Purchase authorized on 04/23 DBA Ushendy Oil Mojave CA P00307114027353334 Card 0807 | | 20.79 | -42.85 |
| 4/25 | | Overdraft Fee for a Transaction Posted on 04/24 $34.77 Purchase Authori Zed on 04/23 Big 5 Sporting Goods 4 Santa Cl | | 35.00 | |
| 4/25 | | Overdraft Fee for a Transaction Posted on 04/24 $20.79 Purchase Authori Zed on 04/23 DBA Ushendy Oil Mojave | | 35.00 | |
| 4/25 | | Purchase authorized on 04/23 Lazy Dog Restauran Valencia CA S387114116830970 Card 0807 | | 18.26 | -131.11 |
| 4/26 | | Overdraft Fee for a Transaction Posted on 04/25 $18.26 Purchase Authori Zed on 04/23 Lazy Dog Restauran Valencia | | 35.00 | |
| 4/26 | | aDeposit IN Branch/Store 04/26/17 03:06:51 Pm 17405 Crenshaw Blvd Torrance CA 0807 | 375.00 | | |
| 4/26 | | Recurring Payment authorized on 04/25 24Hour Fitness USA 800-432-6348 CA S587115437111764 Card 0807 | | 79.98 | 128.91 |
| 4/28 | | Purchase authorized on 04/27 Wal-Mart Store Torrance CA P00000000781851757 Card 0807 | | 28.95 | 99.96 |
| **Ending balance on 4/30** | | | | | **99.96** |
| **Totals** | | | **$1,925.00** | **$2,642.07** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2017 - 04/30/2017 | Standard monthly service fee $14.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $603.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 69 ☑ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |

Account number: **2674297805** ■ April 1, 2017 - April 30, 2017 ■ Page 5 of 7



### Monthly service fee summary (continued)

How to avoid the monthly service fee | Minimum required | This fee period
- Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit
- For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wxwx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

**Commercial real estate loans up to $750,000 - origination fee waived**

Apply by June 30, 2017, and we'll waive the origination fee - a discount of up to $5,000.
Business Real Estate Financing wants to help you meet your commercial real estate goals. Our purchase, refinance, and equity loans offer competitive rates with a variety of term options, and low closing costs.

Learn more by visiting wellsfargo.com/biz/loans-and-lines/real-estate/
To apply, or for more information, call: 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.

Note: Equity lines of credit are not eligible for this promotion. All financing is subject to credit approval. Some restrictions may apply. Equal housing lender.



# IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Business Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a

Case 3:18-cr-00025-NKM-JCH   Document 156-1   Filed 07/24/19   Page 22 of 51   Pageid#: 1054

Account number: **2674297805** ■ April 1, 2017 - April 30, 2017 ■ Page 6 of 7



non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?". We may require any person wanting to make a deposit to your account to provide an acceptable form of identification before we accept the deposit for processing.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Business Account Agreement ("Agreement") effective April 24, 2017. In the section titled "Statements and other information relating to your deposit account", the response to the question "What happens to a dormant account?" is deleted and replaced with the following:

**What happens to a dormant account?**
We put safeguards in place to protect a dormant account which may include restricting the following:
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as "escheat." If your account becomes escheatable, account statements will not be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

All other aspects of the Agreement remain the same. If there is a conflict between the updated response above and the Agreement, the updated response will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

Account number: **2674297805** ■ April 1, 2017 - April 30, 2017 ■ Page 7 of 7



**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Sheet Seq = 0232946
Sheet 00004 of 00004









Case 3:18-cr-00025-NKM-JCH   Document 156-1   Filed 07/24/19   Page 28 of 51   Pageid#: 1060



Government Exhibit 15





-------------------------------
From: From: +13108030551
Timestamp: 4/16/2017 19:22(UTC-7)
Source App: iMessage: +13108030551
Attachments:

DERH2341_chat-8.txt

#1: chats\iMessage
+13108030551\attachments8\95818AA2-2CFF-4FC2-BF4B-390F68AC8E08.pluginP
ayloadAttachment
#2: chats\iMessage
+13108030551\attachments8\956C6373-D9BF-4478-90FD-664EA1E76919.pluginP
ayloadAttachment
Body:
https://m.youtube.com/watch?v=hNNuc1Uleuo
-------------------------------
From: From: +13108030551
Timestamp: 4/16/2017 19:24(UTC-7)
Source App: iMessage: +13108030551
Body:
20 seconds in I'm in the grey shirt tuning up a commie

Government
Exhibit

19



Government Exhibit 21



GOVERNMENT EXHIBIT

5:18-cr25

7/9/19

PENGAD 800-631-6989







Government Exhibit

25



Government Exhibit 26





Government
Exhibit
28
7/19/19
3:18CR25

```
VCR*0012140477025«
VIRTUAL COUPON RECORD
0012140477025        NAME-DALEY/BEN
TTL NBR OF CPNS- 4 DATE OF ISSUE-26JUL17 PNR-*PURGED   16AUG17
FF NBR-AS  72578741
CC-BA4147342016161293
CPN A/L FLT  CLS DATE   BRDOFF  TIME  ST F/B           STAT
 1  AA  2055  V  11AUG  LAXCLT  600A  OK V7EHZSN3       USED
 2X AA  5488  V  11AUG  CLTCHO  225P  OK V7EHZSN3       USED
 3O AA  5533  S  16AUG  CHOCLT  1250P OK S7AHZNN5       OK
 4X AA  725   S  16AUG  CLTLAX  259P  OK S7AHZNN5       OK

FARE USD  444.64  TAX    33.35US TAX   16.40ZP TAX   26.20XT
         TOTAL USD   520.59

FARE CALC LAX AA X/CLT AA CHO268.83V7EHZSN3 AA X/CLT AA LAX17
          5.81S7AHZNN5 USD444.64END ZPLAXCLTCHOCLT XT11.20AY1
          5.00XFLAX4.5CLT3CHO4.5CLT3

FCMI-6
FORM OF PAYMENT-A/C 42.49
FEE-FEE 200.00
FOP-A/C BA4147342016161293      EXP-1220  APPROVAL CODE~06375D
DATE OF ISSUE-26JUL17      ISSUED AT-XTMEX  XTM EAD            ¥
```

Government
Exhibit
29

```
VCRH*0012136109400«
*------------------------------------------------------------*
*  H I S T O R I C A L   T I C K E T                         *
*------------------------------------------------------------*
VIRTUAL COUPON RECORD
0012136109400         NAME-MISELIS/MICHAEL
TTL NBR OF CPNS- 3 DATE OF ISSUE-29JUN17 PNR-*PURGED   11AUG17
CC-BA4100390435203100
CPN A/L FLT   CLS DATE   BRDOFF  TIME  ST F/B          STAT
 1  AA  1642  S  10AUG   LAXLAS  920P  OK S0AHZNN3      USED
 2X AA  884   N  11AUG   LASCLT  1255A OK NVAHZNN5      USED
 3X AA  5040  N  11AUG   CLTCHO  925A  OK NVAHZNN5      USED


FARE USD  210.23  TAX    15.77US TAX    5.60AY TAX   21.30XT
         TOTAL USD  252.90

FARE CALC  LAX AA X/LAS80.93S0AHZNN3 AA X/CLT AA CHO129.30NVA
           HZNN5 210.23END ZPLAXLASCLT XT12.30ZP9.00XFLAX4.5LA
           S4.5

FCMI-7
FORM OF PAYMENT
FOP-BA4100390435203100          EXP-1019  APPROVAL CODE-12031D
DATE OF ISSUE-29JUN17      ISSUED AT-XTMWB  XTM 57Q        ¥
```

Government
Exhibit

30

```
VCRH*0012141072140«
*------------------------------------------------------*
*  H I S T O R I C A L   T I C K E T                   *
*------------------------------------------------------*
VIRTUAL COUPON RECORD
0012141072140     NAME-GILLEN/THOMAS
TTL NBR OF CPNS- 2 DATE OF ISSUE-29JUL17 PNR-*PURGED   11AUG17
CC-BA4833160155331975
CPN A/L FLT   CLS DATE   BRDOFF  TIME  ST F/B          STAT
 1  AA  2055  V   11AUG  LAXCLT  600A  OK V3AHZNN3      USED
 2X AA  5488  V   11AUG  CLTCHO  225P  OK V3AHZNN3      USED


FARE USD  264.19  TAX   19.81US TAX    5.60AY TAX  15.70XT
      TOTAL USD  305.30

FARE CALC  LAX AA X/CLT AA CHO264.19V3AHZNN3 264.19END ZPLAXC
       LT XT8.20ZP7.50XFLAX4.5CLT3


FCMI-7
FORM OF PAYMENT
FOP-BA4833160155331975          EXP-0420  APPROVAL CODE-010319
DATE OF ISSUE-29JUL17     ISSUED AT-XTMWB   XTM CCQ
ENDORSEMENTS/RESTRICTIONS-
  NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE        ¥
```

Government
Exhibit
31



Ticket Viewer

**Primary Ticket:** 0068644895457    Select View : Ticket Main   Ticket Viewer    (Prod) Version 1.0   Mon, 27 Aug 2018 03:05:49 PM

| Field | Value |
|---|---|
| Ticket Number: | 0068644895457 |
| Issue Date: | 2017-08-09 |
| Sq Nb: | 1 |
| Inactive Ind: | N |
| Ticket Sources Received: | ASP – 12 Aug 2017 09:00:20 AM<br>ET – 14 Aug 2017 08:53:23 AM<br>TCH – 11 Aug 2017 03:19:48 AM |
| FOP Type Code: | CA |
| Point of Sale ID: | B – 50543474 – US<br>T – 11599770 – US |
| Orig Iss POS ID: | B – –<br>T – 11599770 – US |

| Field | Value |
|---|---|
| Pax Name: | WHITE/COLE EVAN |
| Pax Info Txt: | |
| Tour Code Text: | |
| Rptg Sys Prvdr Nb: | 0011 |
| Base Fare Amt: | 254.79 USD |
| Eqvt Fare Paid: | 254.79 USD |
| Taxes/Charges: | AY 11.20 USD<br>US 19.11 USD<br>XF 18.00 USD<br>ZP 16.40 USD |
| Ticket Doc Total: | 319.50 USD |
| Commissions: | N 0.00 |
| Rss Typ Cd: | |
| Rev Rdtn Ind: | N |

| Field | Value |
|---|---|
| Prmy Tkt Ind: | Y |
| Excg Ind: | N |
| Total Tickets: | 1 |
| Nb Of Cpns: | 4 |
| Medium Type: | E |
| Transaction Type: | TKT |
| Skeletal Indicator: | N |
| Dome/Intl Ind: | D |
| Ticketing Carrier: | DL |
| ET Status Code: | C |
| Infant Ind: | |
| TPF TrEvt Typ: | CAPC |
| Last Update Gts: | 2017-08-14 08:53:49 |
| Award Tkt Ind: | N |

**Itinerary Information** Coupon State:S Carrier Role:Marketed

| Ticket Nb | Cpn Nb | Cpn Img | Usg | Orig Stn | Dest Stn | Crr | Flt Nb | COS | Cmpt | Brand ID | Flt Dprt Dt | Flt Arr Dt | FBC/TD Txt | Surf Sect | Ofcl Std Prd Amt wth YQ/YR | Prtn Meth | Ofcl Std Prd Amt | YQ/YR Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0068644895457 | 1 | 1 | | SFO | ATL | DL | 1851 | V | Y | MAIN | 11 Aug 2017 10:10:00 AM | 11 Aug 2017 5:56:00 PM | VPCL1WPU8 | N | 81.63 | SIF | 81.63 | 0.00 |
| 0068644895457 | 2 | 2 | | ATL | CHO | DL | 2110 | V | Y | MAIN | 11 Aug 2017 7:29:00 PM | 11 Aug 2017 9:09:00 PM | VPCL1WPU8 | N | 45.76 | SIF | 45.76 | 0.00 |
| 0068644895457 | 3 | 3 | | CHO | ATL | DL | 3430 | V | Y | MAIN | 13 Aug 2017 5:45:00 AM | 13 Aug 2017 7:24:00 AM | VPCL1WPU8 | N | 45.76 | SIF | 45.76 | 0.00 |
| 0068644895457 | 4 | 4 | | ATL | SFO | DL | 2049 | V | Y | MAIN | 13 Aug 2017 8:15:00 AM | 13 Aug 2017 10:16:00 AM | VPCL1WPU8 | N | 81.64 | SIF | 81.64 | 0.00 |

**Itinerary Information** Coupon State:U Carrier Role:Marketed

| Ticket Nb | Cpn Nb | Cpn Img | Usg | Orig Stn | Dest Stn | Crr | Flt Nb | COS | Cmpt | Brand ID | Flt Dprt Dt | Flt Arr Dt | FBC/TD Txt | Surf Sect | Ofcl Std Prd Amt wth YQ/YR | Prtn Meth | Ofcl Std Prd Amt | YQ/YR Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0068644895457 | 1 | 1 | L | SFO | ATL | DL | 1851 | V | Y | MAIN | 11 Aug 2017 10:10:00 AM | 11 Aug 2017 5:56:00 PM | VPCL1WPU8 | N | 81.63 | SIF | 81.63 | 0.00 |
| 0068644895457 | 2 | 2 | L | ATL | CHO | DL | 2110 | V | Y | MAIN | 11 Aug 2017 7:29:00 PM | 11 Aug 2017 9:09:00 PM | VPCL1WPU8 | N | 45.76 | SIF | 45.76 | 0.00 |
| 0068644895457 | 3 | 3 | L | CHO | ATL | DL | 3430 | V | Y | MAIN | 13 Aug 2017 5:45:00 AM | 13 Aug 2017 7:24:00 AM | VPCL1WPU8 | N | 45.76 | SIF | 45.76 | 0.00 |

Government Exhibit 32

http://tktviewr.delta.com/tktviewer/action/searchTicket?ticketNumberPrimary=0068644895457&tktDocNb=0068644895457&ti..

```
WATER            00826575556185F      3.98 BO
COPPERTONE       0041100005655        6.97 HDM
NGA CFLL 30      008680086031S        8.78 HDM
TAPE WHT         005113120949S        2.97 AD
TAPE WHT         005113120949S        2.97 AD
TAPE WHT         005113120949S        2.97 AD
FLAT BLACK S     0724504250045        0.96 AD
                   SUBTOTAL          29.60
EMV TENDER APPROVED ONLINE # 752992
CAMT 000000013022
US DEBIT
AID A000000980840
ICC 0840  en
TVR 8080048000   CVMR 020500  ARC 00
TC 939E498704FDBAB9
IAD F9CDE271683056C5
ATC 0015 UP# 96354E6C TS1 6800
TERMINAL # SC012115
*Pin verified
         SALES TAX  1            0.52
         SALES TAX  2            0.10
                   TOTAL         30.22
                   DEBIT TEND    30.22
                   CHANGE DUE   100.00
                   PAY FROM PRIMARY
EFT DEBIT
   30.22   PURCHASE
  100.00   CASH BACK
  130.22   TOTAL PURCHASE
US DEBIT       **** **** **** 4529  I 0
EXPIRATION DATE 2107
REF # 722300652521
NETWORK ID. 0056 APPR CODE 752992
TERMINAL # SC012115
         08/11/17    17:17:19


         ***SURVEY OFFERED***
   TC# 8897 1757 9650 7172 950
       08/11/17    17:17:28
```

Government Exhibit 33

```
ST# 1780 OP# 00007426 TE# 77 TR# 07665

KNIFE            079402309015S      19.22 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
OT PONCHO        081271301903S       0.97 AD
                      SUBTOTAL       29.89
EMV TENDER APPROVED ONLINE # 012215
CAM# 000000003147
US DEBIT
AID A0000000980840
ICC 0880  en
TVR 8080048000  CVMR 420000  ARC 00
TC 77891092AF41568A
IAD 025AB5798B9F50A1
ATC 0016 UP# EAC52610 TS# 6800
TERMINAL # SC010682
*Pin Verified
          SALES TAX  1               1.58
                        TOTAL       31.47
                   DEBIT TEND       31.47
                   CHANGE DUE        0.00
EFT DEBIT         PAY FROM PRIMARY
   31.47   TOTAL PURCHASE
US DEBIT      **** **** **** 4529   I 0
EXPIRATION DATE 21C7
REF # 722100655573
NETWORK ID. 0056 APPR CODE 012215
TERMINAL # SC010682
         08/11/17    17:23:56


       ***SURVEY OFFERED***
   TC# 6776 5494 5223 2208 2552
      08/11/17    17:24:05
```



Government
Exhibit
34
3:18cr25
7/19/19

CTR 1740 UP# 000891415 TER 4~ !r# 09977

EXTRA. AMT          000270000099115F

PNY TENDER APPROVED ONLINE  % 662579
CAMT 000000010099
US DEBIT
A1D A0000000098D910
ITC 0848  en
A1D A0000000098D910
ITP A0000098100  CTPM
TY 91DAA9272~690MB1
1AD 08B4~A2DBPN409JC10
ATTC U81L 124'8'EDI'8U6 921 4~##
TERMINAL # SC011264
*PIN Verified
     SALES TAX  2

              TOTAL              0.02
              DEBIT TEND         0.2%
EFT DEBIT     CHARGE DUE       100.00
        0.9%
              REFUNDS            0.9%
103.100  /ISH AACK
103.94   DEBIT
103.94  TOTAL PURCHASE....  270~    I O

***PRINTED OFFERLIP***
~t~8  1508.1417  %290.6422.2104
             046.11:17     147~1.17

14:93:11

14:93:11





Government
Exhibit
36
7/1/19
3:18CR25



Government Exhibit 3:18cr25 137



Case 3:18-cr-00025-NKM-JCH   Document 156-1   Filed 07/24/19   Page 51 of 51   Pageid#: 1083