# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case |
| ) | No.: DVAW318CR000025-003 |
| ) | |
| THOMAS WALTER GILLEN, ) | |
| ) | |
| Defendant ) | **NOTICE OF APPEAL** |
| ) | |

Notice is hereby given that the defendant, THOMAS WALTER GILLEN, in the above-referenced criminal case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final Judgment and Sentencing Order of the Court entered in this case on July 26, 2019. The Defendant moves the Court to waive any fees and costs required to give notice of appeal because of his indigency.

            Respectfully submitted,

            THOMAS WALTER GILLEN

            By Counsel

             S/ David A. Eustis, Esq.
             VSB # 48009
             Eustis & Graham, PC
             P.O. Box 2195
             609 E. High Street
             Charlottesville VA 22902

Tel: 434-293-9900
Fax: 434-293-9996
eustisandgrahamlaw@earthlink.net

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

S/ David A. Eustis
_____

David A. Eustis
VSB # 48009
Eustis & Graham, PC
P.O. Box 2195
609 E. High Street
Charlottesville VA 22902
Tel: 293-9900
Fax: 293-9999
eustisandgrahamlaw@earthlink.net