FILED: August 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4553
(3:18-cr-00025-NKM-JCH-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS WALTER GILLEN

    Defendant - Appellant

_____

O R D E R

_____

The court relieves appellant's court-appointed counsel, David Anthony Eustis, from the obligation of further legal representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk