FILED: March 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4553
(3:18-cr-00025-NKM-JCH-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS WALTER GILLEN

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the government's motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Miselis,* No. 19-4550(L), orally argued January 31, 2020.

For the Court

/s/ Patricia S. Connor, Clerk