# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 16, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: Thomas Walter Gillen
v. United States
No. 22-6062
(Your No. 19-4553)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 10, 2022 and placed on the docket November 16, 2022 as No. 22-6062.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst