# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 9, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: Thomas Walter Gillen
v. United States
No. 22-6062
(Your No. 19-4553)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk